# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 77 MM 2014

Respondent :

:

v. :

:

RICARDO A. SANCHEZ, :

Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 7th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.